United States District Court
Western District of Michigan
399 Federal Bldg
110 Michigan St
Grand Rapids, MI 49503

FILED - GR
October 24, 2019 4:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: TB /

10/25/19

1:19-cv-885
Janet T. Neff
U.S. District Judge

Plaintiff:
Edrekial Moore
4478 Brookmere Dr. SE
Kentwood, MI 49512

Defendant:
Hearthside Food Solutions H1 Plant
3061 Shaffer Ave. SE
Grand Rapids, MI 49512
Phone: 616-284-4033
Fax: 616-574-2050
15-100 Employees
elynch@hearthsidefoods.com
Elizabeth Lynch
Regional Director of Human Resources
Phone: 616-284-4079

Hearthside Food Solutions Headquarters
3500 Lacey Road, Suite 300
Downers Grove, IL 60515
Phone: 630-967-3600 or 630-967-3601
5,001-10,000 Employees
www.hearthsidefoods.com
Scott Clark Vice President of Legal Affairs

Date: 10-24-2019

I am filing a complaint with United States District Court Western District of Michigan against my former Employer Hearthside Food Solutions based on the grounds that I was subjected to a hostile environment due to violations of my protected rights being violated on multiple occasions from October 2017 to August 2018. I have complaints of sex, color, race, retaliation & religion.

I was subjected to harassment, a victim of workplace violence, injuries that weren't properly treated because of my complaints of the violations of my rights, unpaid wages; I was spat on & treated like a slave. I was made guilty & punished, meanwhile my attackers were not punished which made people at the job look at me like a target. Some of The HR at Hearthside Food Solutions treated me poorly because I was exposing some of things that they were doing to others & myself in my letters via fax.

After I threatened to take them to the EEOC they were hell bent on firing me & Elizabeth Lynch was always being rude to me because I was writing letters to have a paper trail & I told them that because I felt nobody would believe that people could be this cruel.

I had a lead speak sexually about my wife & another lead & Supervisor laugh & then they conspired to get me fired & Elizabeth Lynch refused to fire them claiming that my wife didn't work there so there was nothing that she could do. She also said that I was guilty of threatening them but didn't write me up & didn't pay me like the contract said that she was supposed to do if I had no write up but I believe she didn't write me to hide a paper trail but I recorded what she said & have the evidence on file.

I was denied workman's comp after hurting myself on the job & I was fired for workplace violence after being attacked meanwhile they allowed my attacker to keep his job even after I showed Elizabeth Lynch the video of Ernest Walker harassing me & my family outside the job which he was supposed to be fired but Elizabeth Lynch & Scott Coker The Hearthside Lawyer used this opportunity to retaliate against me with help from the BTCGM Union that refused to help me because they were colluding against me from the beginning

I recorded our meetings, some phone calls & it will be clear to the court that I am a victim & that I didn't deserve to be fired per the rules of the company & the Union.

I've exhausted all my resources up to this point & I have a right to sue letter that I received on July 26, 2019 from the EEOC. I had been threatening my Union & Employer for months that I would go to the EEOC because of the egregious way that I had been being treated even though I had been patient & showed mercy to all parties involved with mistreating me.

My complaint against Hearthside Food Solutions is based on the fact that my rights were not protected which gives me the right to sue in your courts to seek compensation for all my pain & suffering, mental anguish because I had just purchased a new car to visit my sick grandmother that raised me & I couldn't afford to go see her when she needed me the most, my good credit is ruined so I can't buy a real house like I planned or even get a good apartment, my car got taken by the bank & even though I did get it back I had to choose between my car & paying my mortgage so I might lose my mobile home, my gas got shut off, basically I can't pay my bills, defamation of my character because Elizabeth Lynch & Scott Coker know that I am innocent because they admitted it & still went through with a fake investigation & fired me & also gave false information to the UIA to get me denied for Unemployment benefits which added on to my pain & suffering & struggles.

I would like a jury trial & I'm seeking the amount of $300,000 dollars including punitive damages due to all that I've had to suffer to try to get my name cleared & all of the violations to my protected rights & all of the worrying & stress of not being able to help my Grandmother after having two strokes, the pain & suffering & mental anguish due my age & fears that I won't be able to take care of myself when I retire & loss of health benefits after injuring myself on the job at Hearthside. I also lost wages & I lost money on business ventures outside of Hearthside. I also lost wages & I lost money on business ventures outside of Hearthside due to lack of funds & that hurt my business.

I pray that the courts are patient with me & will allow me to present all of my evidence which include text messages, emails, faxes, video & audio recordings.

The courts must uphold Title VII of the Civil Rights Act Of 1964 which my complaint is based on & I thank you for allowing me to seek justice in your courts.

Sincerely,
Edrekial M. Moore
Date: 10/24/2019


Edrekial M. Moore
4478 Brookmere Dr. SE
Kentwood, MI 49512
616-730-1308

*Edrekial M. Moore* (signature)

10-24-2019